**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6307**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

    versus

GERALD FELTON, a/k/a Big Mass,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CR-93-123-F)

---

Submitted: July 13, 1999         Decided: September 27, 1999

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gerald Felton, Appellant Pro Se. Christine Blaise Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Felton seeks to appeal the district court's orders denying his motion for an extension to file a motion under 28 U.S.C.A. § 2255 (West Supp. 1999) and denying reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Felton, No. CR-93-123-F (E.D.N.C. Feb. 9 & Mar. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED